1  MATTHEW J. DOUGLAS
   Nevada Bar No. Nevada Bar No. 11371
2  CHRISTINA R. SCHWAB
   Nevada Bar No. 10847
3  ATKIN WINNER & SHERROD
   1117 South Rancho Drive
4  Las Vegas, Nevada 89102
   Phone (702) 243-7000
5  Facsimile (702) 243-7059

6  Attorneys for Universal Mobility

## EIGHTH JUDICIAL DISTRICT COURT

## COUNTY, NEVADA

| | |
|---|---|
| FERRIS HADDAD,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>JACKSON-SHAW PARADISE LAS VEGAS II LIMITED PARTNERSHIP: INTERSTATE HOTEL AND RESORTS, INC.; MARRIOTT INTERNATIONAL INC., JACKSON-SHAW PARADISE LASE VEGAS LIMITED PARTNERSHIP; INTERSTATE MANAGEMENT COMPANY LLC; UNIVERSAL MOBILITY EQUIPMENT, LLC; JOHN DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:11-cv-01265-PMP-LRL |
| UNIVERSAL MOBILITY EQUIPMENT, LLC.<br><br>　　　　Cross-Plaintiff,<br><br>vs<br><br>JACKSON-SHAW PARADISE LAS VEGAS II LIMITED PARTNERSHIP: INTERSTATE HOTEL AND RESORTS, INC.; MARRIOTT INTERNATIONAL INC., JACKSON-SHAW PARADISE LASE VEGAS LIMITED PARTNERSHIP, INTERSTATE MANAGEMENT COMPANY LLC, JOHN DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive | **STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS AND CROSS-CLAIMS WITH PREJUDICE** |

361728.DOCX

|     |                                                                                                                                              |
| --- | -------------------------------------------------------------------------------------------------------------------------------------------- |
| 1   | Cross-Defendants.                                                                                                                            |
| 2   |                                                                                                                                              |
| 3   | JACKSON-SHAW PARADISE LAS VEGAS II LIMITED PARTNERSHIP: INTERSTATE HOTEL AND RESORTS, INC.; MARRIOTT INTERNATIONAL INC., JACKSON-SHAW PARADISE LASE VEGAS LIMITED PARTNERSHIP, INTERSTATE MANAGEMENT COMPANY LLC, JOHN DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive |
| 8   |                                                                                                                                              |
| 9   | Cross-Plaintiffs, vs.                                                                                                                        |
| 10  |                                                                                                                                              |
| 11  | UNIVERSAL MOBILITY EQUIPMENT, LLC.                                                                                                           |
| 12  | Cross-Defendant.                                                                                                                             |

IT IS HEREBY STIPULATED by and between Douglas Cohen, attorney for the Plaintiff, FERRIS HADDAD, and Matthew J. Douglas, attorney for Defendant/Cross-Plaintiff/Cross-Defendant, UNIVERSAL MOBILITY, and James D. Carraway, attorney for Defendants/Cross-Plaintiffs/Cross-Defendants, Jackson-Shaw Paradise Las Vegas Limited Partnership, Jackson-Shaw Paradise Las Vegas II Limited Partnership, Interstate Hotel and Resorts, Inc., and Interstate Management Company, LLC; that the Plaintiff's Complaint and all cross-claims asserted herein be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

//

//

Haddad SAO.docx

1   IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above
2   referenced matter.
3   DATED this 26 day of September, 2012.

ATKIN WINNER & SHERROD

/s/ Christina R. Schwab
Matthew J Douglas
Nevada Bar No. 11371
Christina R. Schwab
Nevada Bar No. 10847
1117 South Rancho Drive
Las Vegas, Nevada 89102

Attorneys for Universal Mobility Equipment

FENNEMORE CRAIG JONES VARGAS

/s/ Douglas Cohen
Douglas Cohen
Nevada Bar No. 1214
300 S. Fourth St., #1400
Las Vegas, NV 89101

Attorneys for Ferris Haddad

CARRAWAY & ASSOCIATES, LLC

James D. Carraway
Nevada Bar No. 7642
7674 W. Lake Mead Blvd., Suite 215
Las Vegas, Nevada 89128

Attorney for Jackson-Shaw Paradise Las Vegas Limited Partnership, Jackson-Shaw Paradise Las Vegas II Limited Partnership, Interstate Hotel and Resorts, Inc., and Interstate Management Company, LLC

Haddad SAO.docx

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Complaint and all Cross-Claims asserted herein, be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter.

IT IS FURTHER ORDERED that no trial date has been scheduled in the above referenced matter.

DATED this 28th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

ATKIN WINNER & SHERROD, LTD.

/s/ Christina R. Schwab
Matthew J Douglas
Nevada Bar No. 11371
CHRISTINA R. SCHWAB
Nevada Bar No. 10847
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Universal Mobility Equiptment

Case No.: 2:11-cv-01265-PMP-LRL

Haddad SAO.docx